Certificate Number: 12433-FLS-DE-035404439

Bankruptcy Case Number: 20-23587



12433-FLS-DE-035404439

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 26, 2021, at 12:35 o'clock PM EST, Esther L. Barahona completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Florida.

Date: February 26, 2021

By: /s/Lance Brechbill

Name: Lance Brechbill

Title: Teacher