**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 20-23587-LMI |
| | § | |
| ESTHER L BARAHONA | § | |
| NOE BARAHONA | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

Joel L. Tabas, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)      All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report.  The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law.  The trustee hereby requests to be discharged from further duties as a trustee.

2)      A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $6,981.50 | Assets Exempt: | $7,535.93 |
| Total Distributions to Claimants: | $19,149.48 | Claims Discharged Without Payment: | $73,576.04 |
| Total Expenses of Administration: | $25,850.52 | | |

3)      Total gross receipts of $45,000.00  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $45,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $13,963.00 | $2,009.15 | $2,009.15 | $2,009.15 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $25,850.52 | $25,850.52 | $25,850.52 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $79,245.48 | $74,133.89 | $74,133.89 | $17,140.33 |
| **Total Disbursements** | $93,208.48 | $101,993.56 | $101,993.56 | $45,000.00 |

4). This case was originally filed under chapter 7 on 12/15/2020. The case was pending for 28 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/11/2023          By:  /s/ Joel L. Tabas
                                 Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| unscheduled PI Claim | 1242-000 | $45,000.00 |
| **TOTAL GROSS RECEIPTS** | | $45,000.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**
NONE

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | The Rawlings Company | 4210-000 | $0.00 | $2,009.15 | $2,009.15 | $2,009.15 |
| | American Honda Finance | 4110-000 | $13,963.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $13,963.00 | $2,009.15 | $2,009.15 | $2,009.15 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Claim Amount, Trustee | 2100-000 | NA | $5,250.00 | $5,250.00 | $5,250.00 |
| Claim Amount, Trustee | 2200-000 | NA | $135.48 | $135.48 | $135.48 |
| Veritex Community Bank | 2600-000 | NA | $65.13 | $65.13 | $65.13 |
| Claim Amount, Attorney for Trustee | 3110-000 | NA | $4,730.00 | $4,730.00 | $4,730.00 |
| Claim Amount, Attorney for Trustee | 3120-000 | NA | $262.65 | $262.65 | $262.65 |
| Special Counsel Fees, Attorney for Trustee | 3210-000 | NA | $14,796.36 | $14,796.36 | $14,796.36 |
| Special Counsel Costs, Attorney for Trustee | 3220-000 | NA | $610.90 | $610.90 | $610.90 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $25,850.52 | $25,850.52 | $25,850.52 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

UST Form 101-7-TDR (10/1/2010)

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**
NONE


**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Cavalry SPV I, LLC | 7100-000 | $786.00 | $786.20 | $786.20 | $181.78 |
| 2 | Cavalry SPV I, LLC | 7100-000 | $1,197.00 | $1,197.58 | $1,197.58 | $276.89 |
| 3 | Cavalry SPV I, LLC | 7100-000 | $8,027.00 | $8,027.49 | $8,027.49 | $1,856.02 |
| 4 | Cavalry SPV I, LLC | 7100-000 | $2,190.00 | $2,190.63 | $2,190.63 | $506.49 |
| 5 | North Florida Regional Medical Center Resurgent Capital Services | 7100-000 | $0.00 | $315.50 | $315.50 | $72.95 |
| 6 | LVNV Funding, LLC Resurgent Capital Services | 7100-000 | $0.00 | $1,215.61 | $1,215.61 | $281.06 |
| 7 | LVNV Funding, LLC Resurgent Capital Services | 7100-000 | $619.00 | $618.24 | $618.24 | $142.94 |
| 8 | LVNV Funding, LLC Resurgent Capital Services | 7100-000 | $706.00 | $706.47 | $706.47 | $163.34 |
| 9 | Quantum3 Group LLC as agent for Crown Asset Management LLC | 7100-000 | $3,241.00 | $3,241.60 | $3,241.60 | $749.48 |
| 10 | CREDIT FIRST NA | 7100-000 | $0.00 | $1,197.68 | $1,197.68 | $276.91 |
| 11 | CREDIT FIRST NA | 7100-000 | $1,600.00 | $1,600.70 | $1,600.70 | $370.09 |
| 12 | Capital One Bank (USA), N.A. by American InfoSource as agent | 7100-000 | $2,358.00 | $2,358.71 | $2,358.71 | $545.35 |
| 13 | Capital One Bank (USA), N.A. by American InfoSource as agent | 7100-000 | $1,038.00 | $1,038.82 | $1,038.82 | $240.18 |
| 14 | Capital One Bank (USA), N.A. by American InfoSource as agent | 7100-000 | $4,385.00 | $4,385.55 | $4,385.55 | $1,013.97 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 15 | World Omni Financial Corp. | 7100-000 | $0.00 | $8,842.52 | $8,842.52 | $2,044.46 |
| 16 | Citibank, N.A. | 7100-000 | $3,765.00 | $3,765.39 | $3,765.39 | $870.59 |
| 17 | American Express National Bank c/o Becket and Lee LLP | 7100-000 | $1,101.00 | $1,101.94 | $1,101.94 | $254.78 |
| 18 | American Express National Bank c/o Becket and Lee LLP | 7100-000 | $4,908.00 | $4,908.22 | $4,908.22 | $1,134.82 |
| 19 | Citibank, N.A. | 7100-000 | $829.00 | $829.81 | $829.81 | $191.86 |
| 20 | Citibank, N.A. | 7100-000 | $4,849.00 | $4,849.45 | $4,849.45 | $1,121.23 |
| 21 | Citibank, N.A. | 7100-000 | $3,732.00 | $3,732.67 | $3,732.67 | $863.02 |
| 22 | Citibank, N.A. | 7100-000 | $844.00 | $844.79 | $844.79 | $195.32 |
| 23 | Wells Fargo Bank, N.A. Wells Fargo Card Services | 7100-000 | $6,775.00 | $6,775.78 | $6,775.78 | $1,566.61 |
| 24 | Jefferson Capital Systems LLC | 7100-000 | $2,240.00 | $2,240.91 | $2,240.91 | $518.12 |
| 25 | Jefferson Capital Systems LLC | 7100-000 | $1,670.00 | $1,670.39 | $1,670.39 | $386.21 |
| 26 | Portfolio Recovery Associates, LLC | 7100-000 | $1,174.00 | $1,136.59 | $1,136.59 | $262.79 |
| 27 | Portfolio Recovery Associates, LLC | 7100-000 | $767.00 | $727.56 | $727.56 | $168.22 |
| 28 | Portfolio Recovery Associates, LLC | 7100-000 | $3,862.00 | $3,827.09 | $3,827.09 | $884.85 |
| | Amex | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Chrysler Financial | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Comenity Bank/express | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Comenity Bank/pier 1 | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Comenitycb/forever21 | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | COMPREHENSIVE PATHOLOGY 7 ASSOC | 7100-000 | $122.00 | $0.00 | $0.00 | $0.00 |
| | Fifth Third Bank Na | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Fifth Third Bank Na | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Ford Motor | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Credit Comp | | | | | |
| Ford Motor Credit Comp | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Goodyear Tire/cbna | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Goodyear Tire/cbna | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Macys/dsnb | 7100-000 | $1,197.00 | $0.00 | $0.00 | $0.00 |
| Macys/dsnb | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Quest Diagnostics | 7100-000 | $629.00 | $0.00 | $0.00 | $0.00 |
| Radiology Associates of South 3 Florida | 7100-000 | $203.00 | $0.00 | $0.00 | $0.00 |
| Radius Global Solutions, LLC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| SARRIA HOLDINGS, IV, Inc | 7100-000 | $7,000.00 | $0.00 | $0.00 | $0.00 |
| South East Toyota Finance | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| South Miami Criticare, Inc | 7100-000 | $735.00 | $0.00 | $0.00 | $0.00 |
| South Miami Criticare, Inc | 7100-000 | $83.00 | $0.00 | $0.00 | $0.00 |
| State Farm Automobile | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Syncb/chevron | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Syncb/city Furniture | 7100-000 | $2,562.00 | $0.00 | $0.00 | $0.00 |
| Syncb/gap | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Syncb/jcp | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Syncb/jcp | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Syncb/jcp | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Syncb/jcp | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Syncb/rooms To Go | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Syncb/tjx Cos | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Syncb/tjxdc | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Syncb/toysrus | 7100-000 | $989.00 | $0.00 | $0.00 | $0.00 |
| Syncb/walmart | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Thd/cbna | 7100-000 | $1,860.00 | $0.00 | $0.00 | $0.00 |
| Thd/cbna | 7100-000 | $611.00 | $0.00 | $0.00 | $0.00 |
| West Kendall Baptist Hospital | 7100-000 | $591.48 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $79,245.48 | $74,133.89 | $74,133.89 | $17,140.33 |

**UST Form 101-7-TDR (10/1/2010)**

# FORM 1

## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page No:    1

Exhibit 8

| | | | |
|---|---|---|---|
| **Case No.:** | 20-23587-LMI | **Trustee Name:** | Joel L. Tabas |
| **Case Name:** | BARAHONA, ESTHER L AND BARAHONA, NOE | **Date Filed (f) or Converted (c):** | 12/15/2020 (f) |
| **For the Period Ending:** | 4/11/2023 | **§341(a) Meeting Date:** | 01/19/2021 |
| | | **Claims Bar Date:** | 09/19/2022 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1  2009 Toyota Corolla Other Information: Value based on NADA guides. | $5,575.00 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:**    Trustee's Notice of Abandonment, 6/15/2022 [ECF 36] | | | | | |
| 2  Make: Honda Model: Accord Year: 2017 Other Information: Value based on NADA guides minus estimate on work that needs to be done which is $2382.75. | $7,896.13 | $0.00 | | $0.00 | FA |
| 3  Sofa, recliner, table with 6 chairs, bed, dressers, 2 nightstands. | $700.00 | $0.00 | | $0.00 | FA |
| 4  TV, laptop. | $200.00 | $0.00 | | $0.00 | FA |
| 5  Sewing machine, stationary bicycle. | $100.00 | $0.00 | | $0.00 | FA |
| 6  Used clothing and shoes. | $40.00 | $0.00 | | $0.00 | FA |
| 7  Checking account ending in 7188. Bank of America | $6.30 | $0.00 | | $0.00 | FA |
| 8  unscheduled PI Claim                    (u) | $0.00 | $45,000.00 | | $45,000.00 | FA |
| **Asset Notes:**    Order Granting Motion for Approval of Compromise and Settlement of Personal Injury Claim and (2) Authorization to Pay Special Counsel and Medical Liens from Settlement Proceeds, 9/12/22 (ECF 50) | | | | | |

**TOTALS (Excluding unknown value)**                                                                           **Gross Value of Remaining Assets**

|  | $14,517.43 | $45,000.00 | | $45,000.00 | $0.00 |
|---|---|---|---|---|---|

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 06/30/2023 | /s/ JOEL L. TABAS | |
| **Current Projected Date Of Final Report (TFR):** | 12/30/2022 | JOEL L. TABAS | |

Page No: 1            Exhibit 9

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| **Case No.** | 20-23587-LMI |
| **Case Name:** | BARAHONA, ESTHER L AND BARAHONA, NOE |
| **Primary Taxpayer ID #:** | **-***5933 |
| **Co-Debtor Taxpayer ID #:** | **-***5934 |
| **For Period Beginning:** | 12/15/2020 |
| **For Period Ending:** | 4/11/2023 |

| | |
|---|---|
| **Trustee Name:** | Joel L. Tabas |
| **Bank Name:** | Veritex Community Bank |
| **Checking Acct #:** | ******8701 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $46,061,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 10/28/2022 | (8) | Oliver Law Firm | Order Granting Motion for Approval of Compromise and Settlement of Personal Injury Claim and (2) Authorization to Pay Special Counsel and Medical Liens from Settlement Proceeds, 9/12/22 (ECF 50) | 1242-000 | $45,000.00 | | $45,000.00 |
| 10/28/2022 | 10001 | Law Offices of Kevin S. Oliver, P.C. | Order Granting Motion for Approval of Compromise and Settlement of Personal Injury Claim and (2) Authorization to Pay Special Counsel and Medical Liens from Settlement Proceeds, 9/12/22 (ECF 50) | * | | $15,407.26 | $29,592.74 |
| | | | Special Counsel Fees                        $(14,796.36) | 3210-000 | | | $29,592.74 |
| | | | Special Counsel Costs                          $(610.90) | 3220-000 | | | $29,592.74 |
| 10/28/2022 | 10002 | The Rawlings Company | Order Granting Motion for Approval of Compromise and Settlement of Personal Injury Claim and (2) Authorization to Pay Special Counsel and Medical Liens from Settlement Proceeds, 9/12/22 (ECF 50) | 4210-000 | | $159.15 | $29,433.59 |
| 10/28/2022 | 10003 | CMI South | Order Granting Motion for Approval of Compromise and Settlement of Personal Injury Claim and (2) Authorization to Pay Special Counsel and Medical Liens from Settlement Proceeds, 9/12/22 (ECF 50) | 4210-000 | | $1,850.00 | $27,583.59 |
| 10/31/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $9.36 | $27,574.23 |
| 11/30/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $55.77 | $27,518.46 |
| 02/08/2023 | 10004 | JOEL L. TABAS, TRUSTEE | Trustee Compensation Trustee Expenses | * | | $5,385.48 | $22,132.98 |
| | | | Claim Amount                                   $(5,250.00) | 2100-000 | | | $22,132.98 |
| | | | Claim Amount                                     $(135.48) | 2200-000 | | | $22,132.98 |
| 02/08/2023 | 10005 | TABAS & SILVER, P.A. | Claim #:  Claim #: | * | | $4,992.65 | $17,140.33 |
| | | | Claim Amount                                     $(262.65) | 3120-000 | | | $17,140.33 |
| | | | Claim Amount                                   $(4,730.00) | 3110-000 | | | $17,140.33 |
| 02/08/2023 | 10006 | Cavalry SPV I, LLC | Claim #: 1 Claim #: 2 Claim #: 3 Claim #: 4 | * | | $2,821.18 | $14,319.15 |
| | | | Claim Amount                                     $(181.78) | 7100-000 | | | $14,319.15 |
| | | | Claim Amount                                     $(276.89) | 7100-000 | | | $14,319.15 |
| | | | Claim Amount                                   $(1,856.02) | 7100-000 | | | $14,319.15 |
| | | | Claim Amount                                     $(506.49) | 7100-000 | | | $14,319.15 |

**SUBTOTALS**            $45,000.00            $30,680.85

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 20-23587-LMI | Trustee Name: | Joel L. Tabas |
|---|---|---|---|
| Case Name: | BARAHONA, ESTHER L AND BARAHONA, NOE | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***5933 | Checking Acct #: | ******8701 |
| Co-Debtor Taxpayer ID #: | **-***5934 | Account Title: | |
| For Period Beginning: | 12/15/2020 | Blanket bond (per case limit): | $46,061,000.00 |
| For Period Ending: | 4/11/2023 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
|---|---|---|---|---|---|---|---|---|
| 02/08/2023 | 10007 | North Florida Regional Medical Center Resurgent Capital Services | Claim #: 5 | | 7100-000 | | $72.95 | $14,246.20 |
| 02/08/2023 | 10008 | LVNV Funding, LLC Resurgent Capital Services | Claim #: 6 Claim #: 7 Claim #: 8 | | * | | $587.34 | $13,658.86 |
| | | | Claim Amount | $(281.06) | 7100-000 | | | $13,658.86 |
| | | | Claim Amount | $(142.94) | 7100-000 | | | $13,658.86 |
| | | | Claim Amount | $(163.34) | 7100-000 | | | $13,658.86 |
| 02/08/2023 | 10009 | Quantum3 Group LLC | Claim #: 9 | | 7100-000 | | $749.48 | $12,909.38 |
| 02/08/2023 | 10010 | CREDIT FIRST NA | Claim #: 10 Claim #: 11 | | * | | $647.00 | $12,262.38 |
| | | | Claim Amount | $(276.91) | 7100-000 | | | $12,262.38 |
| | | | Claim Amount | $(370.09) | 7100-000 | | | $12,262.38 |
| 02/08/2023 | 10011 | Capital One Bank (USA), N.A. by American InfoSource as agent | Claim #: 12 Claim #: 13 Claim #: 14 | | * | | $1,799.50 | $10,462.88 |
| | | | Claim Amount | $(545.35) | 7100-000 | | | $10,462.88 |
| | | | Claim Amount | $(240.18) | 7100-000 | | | $10,462.88 |
| | | | Claim Amount | $(1,013.97) | 7100-000 | | | $10,462.88 |
| 02/08/2023 | 10012 | World Omni Financial Corp. | Claim #: 15 | | 7100-000 | | $2,044.46 | $8,418.42 |
| 02/08/2023 | 10013 | Citibank, N.A. | Claim #: 16 Claim #: 19 Claim #: 20 Claim #: 21 Claim #: 22 | | * | | $3,242.02 | $5,176.40 |
| | | | Claim Amount | $(870.59) | 7100-000 | | | $5,176.40 |
| | | | Claim Amount | $(191.86) | 7100-000 | | | $5,176.40 |
| | | | Claim Amount | $(1,121.23) | 7100-000 | | | $5,176.40 |
| | | | Claim Amount | $(863.02) | 7100-000 | | | $5,176.40 |
| | | | Claim Amount | $(195.32) | 7100-000 | | | $5,176.40 |
| 02/08/2023 | 10014 | American Express National Bank c/o Becket and Lee LLP | Claim #: 17 Claim #: 18 | | * | | $1,389.60 | $3,786.80 |
| | | | Claim Amount | $(254.78) | 7100-000 | | | $3,786.80 |
| | | | Claim Amount | $(1,134.82) | 7100-000 | | | $3,786.80 |
| 02/08/2023 | 10015 | Wells Fargo Card Services | Claim #: 23 | | 7100-000 | | $1,566.61 | $2,220.19 |

| | | | | **SUBTOTALS** | | $0.00 | $12,098.96 |

FORM 2

Page No: 3          Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No. | 20-23587-LMI | |
| Case Name: | BARAHONA, ESTHER L AND BARAHONA, NOE | |
| Primary Taxpayer ID #: | **-***5933 | |
| Co-Debtor Taxpayer ID #: | **-***5934 | |
| For Period Beginning: | 12/15/2020 | |
| For Period Ending: | 4/11/2023 | |

| | |
|---|---|
| Trustee Name: | Joel L. Tabas |
| Bank Name: | Veritex Community Bank |
| Checking Acct #: | ******8701 |
| Account Title: | |
| Blanket bond (per case limit): | $46,061,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/08/2023 | 10016 | Jefferson Capital Systems, LLC | Claim #: 24 Claim #: 25 | * | | $904.33 | $1,315.86 |
| | | | Claim Amount $(518.12) | 7100-000 | | | $1,315.86 |
| | | | Claim Amount $(386.21) | 7100-000 | | | $1,315.86 |
| 02/08/2023 | 10017 | Portfolio Recovery Associates, LLC | Claim #: 26 Claim #: 27 Claim #: 28 | * | | $1,315.86 | $0.00 |
| | | | Claim Amount $(262.79) | 7100-000 | | | $0.00 |
| | | | Claim Amount $(168.22) | 7100-000 | | | $0.00 |
| | | | Claim Amount $(884.85) | 7100-000 | | | $0.00 |

| | | | |
|---|---|---|---|
| **TOTALS:** | $45,000.00 | $45,000.00 | $0.00 |
| **Less: Bank transfers/CDs** | $0.00 | $0.00 | |
| **Subtotal** | $45,000.00 | $45,000.00 | |
| **Less: Payments to debtors** | $0.00 | $0.00 | |
| **Net** | $45,000.00 | $45,000.00 | |

| For the period of 12/15/2020 to 4/11/2023 | | For the entire history of the account between 10/12/2022 to 4/11/2023 | |
|---|---|---|---|
| Total Compensable Receipts: | $45,000.00 | Total Compensable Receipts: | $45,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $45,000.00 | Total Comp/Non Comp Receipts: | $45,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $45,000.00 | Total Compensable Disbursements: | $45,000.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $45,000.00 | Total Comp/Non Comp Disbursements: | $45,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 20-23587-LMI | |
| **Case Name:** | BARAHONA, ESTHER L AND BARAHONA, NOE | |
| **Primary Taxpayer ID #:** | **-***5933 | |
| **Co-Debtor Taxpayer ID #:** | **-***5934 | |
| **For Period Beginning:** | 12/15/2020 | |
| **For Period Ending:** | 4/11/2023 | |

| | |
|---|---|
| **Trustee Name:** | Joel L. Tabas |
| **Bank Name:** | Veritex Community Bank |
| **Checking Acct #:** | ******8701 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $46,061,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | $45,000.00 | $45,000.00 | $0.00 |

**For the period of 12/15/2020 to 4/11/2023**

| | |
|---|---|
| Total Compensable Receipts: | $45,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $45,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $45,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $45,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 12/15/2020 to 4/11/2023**

| | |
|---|---|
| Total Compensable Receipts: | $45,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $45,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $45,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $45,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ JOEL L. TABAS

JOEL L. TABAS