**CGFD28** (10/01/16)



**ORDERED in the Southern District of Florida on June 2, 2023**

**Laurel M Isicoff**
Chief United States Bankruptcy Judge

# United States Bankruptcy Court
### Southern District of Florida
### www.flsb.uscourts.gov

**Case Number: 20–23587–LMI**

**Chapter: 7**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Esther L Barahona
14468 SW 152nd Terrace
Miami, FL 33177

SSN: xxx–xx–5616

Noe Barahona
14468 SW 152nd Terrace
Miami, FL 33177

SSN: xxx–xx–8425

## FINAL DECREE

The trustee, Joel L Tabas, having filed a final report that the estate has been fully administered, is discharged and the case is closed.